# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148559

ELEES JOSEPH LANTON,
      Plaintiff-Appellant,

v

                                    SC: 148559
                                      COA: 316817

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
                                      Lapeer CC: 00-000000

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 and the February 4, 2014 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



d0421

                                    Clerk